1  BENJAMIN B. WAGNER
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6
   Attorneys for Plaintiff
7  United States of America

8

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00139 LJO-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON |
| v. | |
| EDUARDO FERNANDEZ, AKA "LALO," AKA "FLAVIO RIOS," ALEXIS ANTONIO ALVAREZ GUZMAN, AND MIGUEL MEDINA, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Preciliano Martinez, Anthony Capozzi, and E. Marshall Hodgkins, attorneys for the defendants, that the status conference set for October 5, 2015 at 1:00 pm before the Honorable Sheila K. Oberto be continued to November 2, 2015 at 1:00 p.m. The reason for the request is the government has not yet received all lab reports from the DEA lab for the controlled substances that are the subject of the instant charges. The case agent spoke with the lab on September 29, 2015, and was informed that additional testing had been completed, and the report would be sent to the government shortly. The lab also inquired whether additional testing was necessary since the amount of controlled substances already tested was well above the threshold for the highest offense level under federal sentencing guidelines.

Stipulation                                                   1

The government has posed that question to defense counsel. The parties agree that defense needs time to receive and review the lab reports for controlled substances tested thus far, and needs time to determine whether any additional investigation is necessary to move the case forward via motions, a plea or a trial.

The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: September 29, 2015  Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By  /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney

Dated: September 30, 2015  /s/ Precliano Martinez
PRECILIANO MARTINEZ
Attorney for Eduardo Fernandez

Dated: September 30, 2015  `  /s/ Anthony Capozzi
ANTHONY CAPOZZI
Attorney for Alexis Antonio Guzman

Dated: September 30, 2015  /s/ E. Marshall Hodgkins
E. MARSHALL HODGKINS
Attorney for Miguel Medina

**ORDER**

IT IS SO ORDERED.

Dated:  **October 2, 2015**  **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE

Stipulation

2