PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
1120 14th Street, Suite 5
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax
attymartinezp@yahoo.com

Attorney for Defendant
Eduardo Fernandez

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　vs.<br>Eduardo Fernandez<br>　　　　Defendant. | CASE NO. 1:15-CR-139-LJO-SKO<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING DATE<br><br>Date: October 31, 2016<br>Time: 8:30am<br>Courtroom 4<br><br>Honorable Lawrence O'Niell |

　　　IT IS HEREBY STIPULATED by and between Assistant United States Attorney Kimberly Sanchez, Counsel for Plaintiff and Attorney Preciliano Martinez, Counsel for Defendant Eduardo Fernandez, that the sentencing date scheduled for October 31, 2016 be vacated and the sentencing date be continued to this court's calendar November 21, 2016. The sentencing date in this case is presently scheduled for October 31, 2016.

I am requesting:

1) The current sentencing date be vacated due to my being in a preliminary examination for a client facing a murder charge.

2) At the time the sentencing was set in the case before the court, I expected the preliminary examination would be completed by now. The preliminary examination is expected to last into mid-October.

3) For these reasons the defense needs more time to file objections to the Presentence Investigation Report.

4) Request is hereby made that informal objections be due October 24, 2016 and formal objections be due November 7, 2016.

Respectfully Submitted,

Dated: October 3, 2016  /s/ Preciliano Martinez
Preciliano Martinez
Attorney for Defendant
Eduardo Fernandez

Dated: October 3, 2016  /s/ Kimberly Sanchez
Kimberly Sanchez
Assistant U.S. Attorney

## **ORDER**

Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court that the current October 31, 2016 sentencing date is hereby vacated and reset to November 21, 2016.

IT IS SO ORDERED.

Dated: **October 4, 2016**      **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE