PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
1120 14th Street, Suite 5
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax
attymartinezp@yahoo.com


Attorney for Defendant
Eduardo Fernandez

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:15-CR-139-LJO-SKO |
| Plaintiff, ) | |
| vs. ) | STIPULATION AND ORDER TO |
| ) | CONTINUE SENTENCING DATE |
| Eduardo Fernandez ) | |
| Defendant. ) | Date: November 21, 2016 |
| ) | Time: 8:30am |
| ) | Courtroom 4 |
| ) | |
| ) | Honorable Lawrence O'Niell |


IT IS HEREBY STIPULATED by and between Assistant United States Attorney

Kimberly Sanchez, Counsel for Plaintiff and Attorney Preciliano Martinez, Counsel for

Defendant Eduardo Fernandez, that the sentencing date scheduled for November 21, 2016 be

vacated and the sentencing date be continued to this court's calendar December 19, 2016. The

sentencing date in this case is presently scheduled for November 21, 2016.

I am requesting:

1) The current sentencing date be vacated due to my being in a preliminary examination for a client facing a murder charge.

2) At the time the sentencing was set in the case before the court, I expected the preliminary examintation would be completed by now. The preliminary examination is expected to last into early November.

3) For these reasons the defense needs more time to file objections to the Presentence Investigation Report.

4) Request is hereby made that informal objections be due November 21, 2016 and formal objections be due December 5,2016.


Respectfully Submitted,


Dated: October 24, 2016                    /s/ Preciliano Martinez
                                           Preciliano Martinez
                                           Attorney for Defendant
                                           Eduardo Fernandez



Dated: October 24, 2016                    /s/ Kimberly Sanchez
                                           Kimberly Sanchez
                                           Assistant U.S. Attorney

**<u>ORDER</u>**

Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court that the current October 31, 2016 sentencing date is hereby vacated and reset to November 21, 2016.

There will be no more continuances in this sentencing. If counsel is still in the conflicting court hearing, another counsel is to substitute in and be ready to proceed.

IT IS SO ORDERED.

Dated:    **October 25, 2016**            **/s/ Lawrence J. O'Neill**
                                          UNITED STATES CHIEF DISTRICT JUDGE